SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DCB #462662**
Assistant United States Attorney
Geoffrey.Barrow@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00342-SI** |
| **v.** | **NOTICE OF WITHDRAWAL OF ASSISTANT UNITED STATES ATTORNEY** |
| **BILLY CORDOVA,** **RALPH MORENO, JR.,** **JUSTICE DEL CARPIO, and** **JACKSON REVES,** | |
| **Defendants.** | |

Please be advised that Assistant United States Attorney Geoffrey A. Barrow withdraws as

attorney of record in the above-entitled case.

Dated: April 28, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
Assistant United States Attorney