UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BILLY CORDOVA,

Defendant.

Case No. 3:24-cr-00342-SI-1

FINDINGS AND RECOMMENDATION

**FINDINGS**

On October 9, 2025, defendant appeared before the undersigned for a change of plea hearing. Both parties stated on the record that they consented to magistrate judge jurisdiction for purposes of the change of plea. Defendant was placed under oath and advised of his rights, including his right to jury trial, the nature of the charges, the maximum penalties, and the potential sentence, including the range of months of incarceration that the district judge could impose at sentencing and a period of supervised release. Defendant admitted to facts that support a conviction for Count 2, Kidnapping, in violation of 18 U.S.C. § 1201(a)(1), and entered a plea of guilty to that charge. The court's colloquy with defendant indicated he is competent to plead guilty, there is a factual basis for his guilty plea, he entered the plea voluntarily and with full

knowledge of the consequences, and the plea did not result from force, threats, or promises (other than the promises in the plea agreement).

**RECOMMENDATION**

Defendant's guilty plea to Count 2, which charges defendant with Kidnapping in violation of 18 U.S.C. § 1201(a)(1), should be accepted.

**SCHEDULING ORDER**

These Findings and Recommendation will be referred to a district judge. Objections, if any, are due Monday, October 26, 2026. If no objections are filed, then the Findings and Recommendation will go under advisement on that date.

If objections are filed, then a response is due within 14 days after being served with a copy of the objections. When the response is due or filed, whichever date is earlier, the Findings and Recommendation will go under advisement.

**NOTICE**

These Findings and Recommendation are not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any Notice of Appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of a judgment.

DATED October 9, 2026.

/s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge